[No. 34972-1-III.   Division Three.   April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN RAY GOODRUM, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00356-6, Michael H. Evans, J., entered September 22, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 73902-6-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEEL L. PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02137-9, David A. Kurtz, J., entered July 31, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 73922-1-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. D'ANDRE JOVON CORBIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06159-5, Mariane C. Spearman, J., entered July 24, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 74156-0-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA LAMAR BLACKSTOCK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-01033-9, Dave Needy, J., entered October 14, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Spearman and Mann, JJ.